UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES,          :     Criminal No.: 08-215 (SDW)
                        :
        v.              :
                        :
IRINA ZELIKSON,         :
                        :
        Defendant.      :
                        :
                        :

## ORDER TO TEMPORARILY MODIFY CONDITIONS OF BAIL

**THIS MATTER**, having come before the court on defendant's application to temporarily modify conditions of bail, and the court having reviewed all moving papers;

**IT IS HEREBY ON THIS** _____ **DAY OF OCTOBER, 2008 ORDERED AS FOLLOWS:**

1.  Defendant's bail is temporarily modified in that defendant shall be permitted to have her passport from October 29, 2008 through November 17, 2008, same being returned to pre-trial services no later than November 17, 2008.

2.  Defendant shall be permitted to travel outside the District of New Jersey between November 1, 2008 through November 15, 2008 for the purpose of attending a medical seminar/conference as follows:

    a.  Departing flight on Continental Airlines Flight 90 from Newark to Tel Aviv on November 1, 2008;
    b.  Returning flight on Continental Flight 85 from Tel Aviv to Newark on November 15, 2008;
    c.  While in Israel staying at the hotel Ban Boutique in Jerusalem from November 1, 2008 through November 7, 2008;
    d.  Then staying at the hotel King Solomon in Tveria from November 8, 2008 to November 10, 2008;
    e.  Then staying at the hotel Metropolitan in Tel Aviv from November 11, 2008 to November 15, 2008.

_____
Hon. Susan D. Wigenton, U.S.D.J.