UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | Criminal No.: 08-215 (SDW) |
| v. | |
| IRINA ZELIKSON, | |
| Defendant. | |

CONSENT ORDER RETURNING PASSPORTS TO DEFENDANT

THIS MATTER, having been opened to the court on application of defendant, Irina Zelikson;

AND THE MATTER HAVING BEEN DISPOSED OF on March 22, 2010 with the defendant having been sentenced to, among other things, 4 years probation;

AND WITH THE CONSENT of the United States having been placed on the record

IT IS HEREBY on this 24th day of March 2010 ORDERED AS FOLLOWS:

1. Defendants passport or passports, currently in the possession of the Pre-Trial Services office, shall be immediately returned to the defendant for use consistent with the general and special conditions of her probation.

_____
Hon. Susan D. Wigenton, U.S.D.J.